## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BAILEY, | Civil Action No. 3:14-cv-01776 |
| Plaintiff, | (Honorable John E. Jones, III) |
| v. | JURY TRIAL DEMANDED |
| RELIGIOUS ACCOMMODATION COMMITTEE, ET AL., | **Filed Via Electronic Case Filing** |
| Defendants | |

## JOINT STIPULATION OF DISMISSAL

Now come the Plaintiff and the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(2) and jointly stipulate to the dismissal of this matter with prejudice.

Jointly stipulated to this 6th day of January 2020.

Plaintiff:

_Demetrius Bailey CP789_
Demetrius Bailey
Plaintiff

Defendants:

_Debra Rand_
Debra Rand
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BAILEY, | : |
| | : Civil Action No. 3:14-cv-01776 |
| Plaintiff, | : |
| | : (Honorable John E. Jones, III) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| RELIGIOUS ACCOMMODATION | : |
| COMMITTEE, ET AL., | : |
| | : **Filed Via Electronic Case Filing** |
| Defendants | : |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the ***Joint Stipulation of Dismissal*** to be served upon the following person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Smart Communications/PA DOC
Demetrius Bailey, CP-7819
SCI-Somerset
PO Box 33028
St. Petersburg, FL  33733

/s/ Linda Fantom
Linda Fantom
Administrative Officer I
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
(717) 728-7763

Dated: January 6, 2020